STATE OF INDIANA     )
                     ) SS:
COUNTY OF LAKE       )

IN THE LAKE SUPERIOR/CIRCUIT COURT

ESTATE OF:
SHARON LORRAINE JOHNSON,          )
By Karen L. Johnson, Personal     )
Representative,                   )
    Plaintiff                     )
                                  )
vs.                               )   CAUSE NO:
                                  )
ASADA GRILL AND CANTINA, LLC.     )
    Defendant                     )

## COMPLAINT

### COUNT I

Comes now the Personal Representative, Karen L. Johnson, individually and as Personal Representative of the Estate of SHARON LORRAINE JOHNSON, by counsel, Burton A. Padove, and for cause of action against the Defendant alleges and says as follows:

1. That SHARON LORRAINE JOHNSON was a resident of the City of Calumet City, County of Cook, state of Illinois.

2. That upon information and belief and at all times hereinafter mentioned, the Defendant was/is a limited liability company licensed to do business in the State of Indiana and operate a Restaurant, in the Town of Highland, County of Lake, State of Indiana.

3. That on or about the 5th day of June, 2019 SHARON LORRAINE JOHNSON was a customer and guest at the Defendant's restaurant in the Town of Highland, County of Lake, State of Indiana and as such was owed a duty of reasonable care in the safe preparation of her food.

4. That on or about the 5th day of June, 2019, SHARON LORRAINE JOHNSON ordered grilled chicken.

5. That at all relevant times, SHARON LORRAINE JOHNSON was allergic to seafood.

6. That at that time and place, Defendant served SHARON LORRAINE JOHNSON a grilled chicken that had cross contact with seafood.

7. That Plaintiff SHARON LORRAINE JOHNSON suffered an allergic reaction became ill, and died after a lengthy hospitalization.

Exhibit A

8. That the preparation process of the grilled chicken was under the complete control of the Defendant and its agents.

9. That the allergic reaction and cause of her death is an occurrence that in the ordinary course of things does not happen if those in the control of food preparation had exercised the proper care.

10. That on or about May 27, 2021, Karen L. Johnson was appointed personal representative of the estate of SHARON LORRAINE JOHNSON, Cause 2021P3757 Estate of SHARON LORRAINE JOHNSON in the Circuit Court of Cook County Illinois.

11. That as a direct and proximate result of Defendant's actions as set forth above resulting in decedent's death, the Estate has incurred medical, hospital, funeral, burial and attorney expenses.

12. That at the time of her death there were three adult children who survived her, Jeffrey S. Johnson, Karen L. Johnson and Nicole R. Weaver, who pursuant to I.C. 34-23-1-2, have been damaged as a result of their loss of the love and companionship of their mother, all of which are most valuable to them.

WHEREFORE, the Plaintiff, prays for judgment against the Defendant in an amount sufficient to compensate for the loss and companionship of SHARON LORRAINE JOHNSON and for the medical bills, funeral costs and attorney fees, for costs of this action and for all other just and proper relief in the premises.

_____
Burton A. Padove
Indiana Atty. No: 13893-45
2546 – 45th Street
Highland, IN 46322
(219) 836-2200; FAX: (219) 836-9388
Attorney for Plaintiffs

JURY DEMAND

Pursuant to Trial Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury on all counts.

_____
Burton A. Padove
Attorney for Plaintiffs

2