45C01-2106-CT-000516

Filed: 6/1/2021 12:21 PM
Clerk
Lake County, Indiana

Lake Circuit Court

USDC IN/ND case 2:21-cv-00216-TLS-JEM document 1-2 filed 07/08/21 page 1 of 2

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE LAKE CIRCUIT//SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF LAKE ) | | |

ESTATE OF: )
SHARON LORRAINE JOHNSON, )
By Karen L. Johnson, Personal )
)
)
vs. ) CAUSE NO:
)
ASADA GRILL AND CANTINA, LLC. )
    Defendant )

# SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:    Rigo A. Gutierrez
Registered Agent, Asada Grill and Cantina, LLC.
2907 W. 45th Street
Highland, IN 46322

You have been sued by the Plaintiffs in the Court stated above. The nature of the proceedings against you appears in the COMPLAINT and other documents attached to this SUMMONS.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then received by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process serve.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiffs within the times prescribed herein, judgment will be entered against you for what the Plaintiffs have demanded.

If you have a claim against the Plaintiffs arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

    The following manner of service is here by designated:      **certified mail**

Attorneys for Plaintiffs:                                   DATE:    6/1/2021
Burton A. Padove, No. 13893-45
2546 45th Street
Highland, Indiana    46322                                    **Lorenzo Arredondo**
Telephone:      (219) 836-2200                LAKE CIRCUIT/SUPERIOR COURT
Facsimile:        (219) 836-9388              By:    SR
                                                                           Deputy Clerk

[SEAL: LAKE COUNTY COURTS INDIANA]

                                                                                                                Exhibit B

### CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this SUMMONS and a copy of the Complaint to the Defendant by Certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

CLERK OF THE LAKE CIRCUIT/SUPERIOR COURT

Dated: _____ , 2021.
By: _____
Deputy Clerk

### RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the Complaint mailed to Defendant were accepted by the Defendant on the _____ day of _____ , 2021.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the Complaint were returned not accepted on the _____ day of _____ , 2021.

CLERK OF THE LAKE CIRCUIT/SUPERIOR COURT

Dated: _____ , 2021.
By: _____
Deputy Clerk

### RETURN OF SERVICE OF SUMMONS BY SHERIFF OF LAKE COUNTY

I hereby certify that I have served the within SUMMONS:

1. By delivering on _____ , 2021, a copy of this SUMMONS, a copy of the Complaint and all other materials filed the same date to each of the within named person(s).

2. By leaving on _____ 2021, for each of the within named person(s) a copy of the SUMMONS, a copy of the Complaint and all other materials filed the same date at the respective dwelling house or usual place of abode of in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the Complaint to the said named person(s) at the address listed herein.

3. This SUMMONS came to hand this date _____ , 2021.

The within named was not found in my bailiwick this date _____, 2021.

ALL DONE IN LAKE COUNTY, INDIANA.

CLERK OF THE LAKE CIRCUIT/SUPERIOR COURT
By: _____

### SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the Complaint and all materials filed the same date attached thereto were received by me at in _____, Indiana, on this date _____ 2021.

Signature of Defendant_____